■ In the Matter of the Appointment of Members of the Committee on Character and Fitness of Applicants for Admission to the Bar for the Fifth Judicial District.— Saul H. Alderman, Esq., of Syracuse, N. Y., and N. Earle Evans, Jr., Esq., of Syracuse appointed as members.

■ In the Matter of JAMES ZEBO.— Motion granted to prosecute appeal on typewritten record and briefs, case placed on calendar for argument on October 17, 1961 and stay continued pending hearing and determination of appeal. (Order entered Oct. 17, 1961.)

■ COASTAL CONSTRUCTION CORPORATION, Respondent v. SAMUEL KOSOFF & SONS, INC., Appellant and Third-Party Plaintiff. LINCOLN NATIONAL BANK & TRUST CO. et al., Third-Party Defendants-Appellants, et al., Third-Party Defendant.— Motion granted, order dismissing appeal vacated and case added to November 1961 Term Calendar.

■ LEO KACZMAREK, Respondent v. STANLEY CIACIUCH et al., Respondents. JAKE B. BURKETT, Appellant, v. STANLEY CIACIUCH et al., Respondents. (And 3 Other Cases.) — Motion granted, order dismissing appeal vacated and case added to November 1961 Term Calendar.

■ ANTOINETTE M. DOYLE, Appellant, v. ILENE McC. SWIENTON et al., Respondents.— Appeal dismissed, without costs, for failure to comply with previous order.

■ In the Matter of RAY B. MARTIN, Appellant, v. WILLIAM E. BURKE et al., Respondents.— Motion granted and order dismissing appeal vacated on condition that original record and appellant's brief be filed and served on or before October 26, 1961. Respondents directed to file brief on or before November 16, 1961, and case added to November 1961 Term Calendar; stay continued pending argument and determination of appeal.

■ JOAN BROOKS et al., by HAROLD BROOKS, Their Guardian ad Litem, Respondents, v. NEW YORK STATE THRUWAY AUTHORITY, Appellant.— Motion granted and time for argument of appeal extended to include November 1961 Term on condition that appellant's brief is filed and served on or before November 1, 1961. Respondents directed to file brief by November 16, 1961.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LAPLACA, Appellant.— Motion granted and case removed from October 1961 Term Calendar and placed on January 1962 Term Calendar.

■ SAM ACHTER, Respondent, v. MARY KINGSTON, Appellant.— Motion granted, order dismissing appeal vacated and case added to November 1961 Term Calendar.

■ NORBERT F. JOHNSON, Appellant, v. CITY OF SYRACUSE, Respondent.— Motion granted to prosecute appeal on original stenographic minutes of trial, including Judge's charge, an original and five typewritten copies of the judgment roll, and five typewritten copies of appellant's brief, one of which shall be the ribbon copy.